**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:

ANDREW BEDON,                                        CASE NO.: 26-14557-BKC-PDR
                                                                            Chapter 7

     Debtor.

_____/

**NOTICE OF TRUSTEE'S PROPOSED ABANDONMENT**

**TO:**  **ALL CREDITORS AND INTERESTED PARTES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT**

**NOTICE IS HEREBY GIVEN THAT:**

**Leslie S. Osborne, the Trustee** in this case intends to abandon the estate's interest in certain property, as described below, pursuant to 11 U.S.C. §554.  The Trustee intends to abandon the following property, not because of exemptions or because the property is burdensome to the estate or of inconsequential value:

ANY INTEREST IN A POTENTIAL WRONGFUL TERMINATION LAWSUIT

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.**

Any parties objecting to said abandonment must file a written objection with the Clerk of the Bankruptcy Court, 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301, with a copy to the undersigned Trustee in Bankruptcy.

  Date: <u>May 28, 2026</u>                           <u>/s/ Les Osborne_____</u>
                                                                        Leslie S. Osborne, Trustee
                                                                        1300 N. Federal Hwy #203
                                                                        Boca Raton, FL 33432
                                                                        (561) 368-2200
                                                                        Email: osbornetrustee@rorlawfirm.com

**SERVICE LIST:**
**CREDITOR MATRIX AND INTERESTED PARTIES**