Label Matrix for local noticing
113C-0
Case 26-14557-PDR
Southern District of Florida
Fort Lauderdale
Thu May 28 11:41:58 EDT 2026

CITI
PO BOX 9001037
LOUISVILLE, KY 40290-1037

ED FINANCIAL
120 N SEVEN OAKS DRIVE
KNOXVILLE, TN 37922-2359

JPMCB CARD
P.O BOX 6294
CAROL STREAMS, IL 60197-6294

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

WFBNACARD
PO BOX 393
MINNEAPOLIS, MN 55480-0393

Andrew Bedon
151 Northwest 42nd Court
Pompano Beach, FL 33064-2510

Leslie S Osborne
1300 N. Federal Hwy., Ste. 203
Boca Raton, FL 33432-2848

End of Label Matrix
Mailable recipients     7
Bypassed recipients     0
Total                   7